1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

JOHN CHEN,

Case No. C17-149RSM

11

Plaintiff,

ORDER DENYING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO
RESPOND

12

v.

13
14
15

ANDREW CAMPBELL and ANDREW
HARTSTONE, INTERNAL REVENUE
SERVICE,

16

Defendants.

17        This matter comes before the Court on Plaintiff's "Motion for an Extension of Time to

18 Respond to Defendant's Motion to Dismiss." Dkt. #10. Plaintiff's one-page Motion reiterates

19
20 recent action on the docket and requests a 30-day extension to respond to Defendants' Motion

21 to Dismiss. *Id*. Plaintiff provides no further detail or argument in favor of this extension.

22 Plaintiff failed to note the instant Motion.

23        Defendants' pending Motion to Dismiss was filed on March 31, 2017, and noted for

24
25 consideration on May 5, 2017. Dkt. #6. This noting date was further out than required by local

26 rule, providing additional time for Plaintiff. *See* LCR 7(d). The deadline for a response is

27 currently May 1, 2017. LCR 7(d)(3).

28

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

"A motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline." LCR 7(j). Parties should not assume that the motion will be granted and must comply with the existing deadline unless the court orders otherwise." *Id.*

The Court finds that it can rule on the instant Motion without waiting for responsive briefing. Plaintiff fails to set forth any basis for granting relief from the deadline. Proceeding without an attorney is insufficient grounds for extension of deadlines without further explanation. Further, the Court notes that Plaintiff has failed to file this request in a timely fashion.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion for Extension of Time to Respond (Dkt. #10) is DENIED. Any response brief to Defendants' pending Motion to Dismiss is due no later than May 1, 2017.

DATED this 28th day of April 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND - 2