UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN CHEN,

        Plaintiff,

        v.

ANDREW CAMPBELL and ANDREW
HARTSTONE, INTERNAL REVENUE
SERVICE,

        Defendants.

Case No. C17-149 RSM

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS

      This matter comes before the Court on Defendants' Motion to Dismiss. Dkt. #6. Defendants move to dismiss Plaintiff's case pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction, 12(b)(2) for lack of personal jurisdiction, and 12(b)(5) for insufficient service of process. Plaintiff has failed to file a Response. The failure to file a response "may be considered by the court as an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court agrees with Defendants that the United States is the only proper defendant in this matter, that Plaintiff's refund suit fails to plead applicable statutory requirements, and that Plaintiff has not fully complied with the proper service requirements. *See* Fed. R. Civ. P. 4(i). The Court therefore finds that Plaintiff's Complaint fails for lack of subject matter jurisdiction, lack of personal jurisdiction, and for insufficient service of process, and that dismissal is

warranted.  Given these fundamental jurisdictional and procedural problems, the Court sees no reason to grant leave to amend.

Having reviewed the instant Motion, all evidence submitted in support of the motion, and the remainder of the record, the Court hereby finds and ORDERS that Defendants' Motion to Dismiss (Dkt. #7) is GRANTED and all of plaintiff's claims are DISMISSED.  This case is CLOSED.

DATED this 25th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 2